IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOSEPH E. SASSER; and        )
CHARLES G. SASSER and DANA   )
J. SASSER, individually and  )
as natural parents of        )
Joseph E. Sasser,            )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      1:12cv649-MHT
                             )          (WO)
I-FLOW, LLC f/k/a I-Flow     )
Corporation,                 )
                             )
    Defendant.               )
```

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 20), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, without costs to either party as against the other.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 12th day of December, 2012.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE